UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT GUAJACA, | ) | NO. CV 09-5504-CJC(CT) |
| | ) | |
|       Petitioner, | ) | ORDER ACCEPTING |
| | ) | MAGISTRATE JUDGE'S |
|     v. | ) | REPORT AND RECOMMENDATION ON |
| | ) | PETITION FOR WRIT OF HABEAS |
| McDONALD, Warden, | ) | CORPUS BY A PERSON IN STATE |
| | ) | CUSTODY WITH NON-MATERIAL |
|       Respondent. | ) | MODIFICATIONS |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition, respondent's answer, petitioner's reply/traverse, and the magistrate judge's report and recommendation.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted with the following modification, <u>see</u> 28 U.S.C. § 636(b)(1)(C), which is not material to the court's decision: at page 2, line 1, strike the word "[DATE]," and insert the words "October 8, 2009."

2. Judgment shall be entered consistent with this order.

//

//

//

3.  The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: November 25, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE