JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ROBERT GUAJACA,** | ) | NO. CV 09-5504-CJC(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| **McDONALD, Warden,** | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: November 25, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE